UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BARBARA KAISER and ANTON KAISER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:17-cv-00114-PPS-JEM |
| | ) |
| JOHNSON & JOHNSON and ETHICON, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having received Plaintiff Barbara Kaiser's Notice of Acceptance of Remittitur, the Court finds that all motions of the types listed in Federal Rule of Civil Procedure 4(a)(4) have been disposed of and no further action in this case will be taken.

The Clerk is directed to enter a Final Judgment in this case in accordance with the Jury's verdict [DE 405] in favor of Plaintiff Barbara Kaiser on all of her claims and against Plaintiff Anton Kaiser on his claim, and as modified by the Court's August 8, 2018 Opinion and Order [DE 423] as to the amount of punitive damages, so that any appeal may be taken and further to CLOSE this case.

So ORDERED on August 20, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT