# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

January 14, 2020

Before:   JOEL M. FLAUM, Circuit Judge
          MICHAEL S. KANNE, Circuit Judge
          DIANE S. SYKES, Circuit Judge

| No. 18-2944 | BARBARA KAISER,<br> Plaintiff - Appellee<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:17-cv-00114-PPS-JEM<br>Northern District of Indiana, Hammond Division<br>District Judge Philip P. Simon ||

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)