# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

February 5, 2020

Taxed in Favor of: **Appellee Barbara Kaiser**

| No. 18-2944 | BARBARA KAISER,<br> Plaintiff - Appellee<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:17-cv-00114-PPS-JEM<br>Northern District of Indiana, Hammond Division<br>District Judge Philip P. Simon ||

The mandate or agency closing letter issued in this cause on February 5, 2020.

BILL OF COSTS issued in the amount of: $219.00.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | ___$219.00_ |

4. _____   _____   _____
   _____
   _____

5. _____   _____   _____
   _____

TOTAL:   \_\_\_$219.00

form name: **c7_BillOfCosts**(form ID: **140**)