UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BARBARA KAISER and ANTON KAISER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 2:17-cv-00114-PPS-JEM |
| | ) |
| JOHNSON & JOHNSON and ETHICON, INC., | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

TO THE COURT CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA:

You are hereby requested and authorized to retire the record in the above-styled and numbered cause as the Judgment rendered in favor of the Plaintiff and against the Defendants Ethicon, Inc. and Johnson & Johnson has been paid by and on behalf of the Defendants Ethicon Inc. and Johnson & Johnson to the full satisfaction of the Plaintiff. Moreover, you are hereby requested and authorized to remove the Judgment rendered in this cause from the judgment rolls, as that Judgment has been satisfied.

APPROVED AND AGREED TO:

*/s/ Thomas O. Plouff (with consent)*
Thomas O. Plouff
*Attorney for Plaintiff*

*/s/ Mary Nold Larimore*
Mary Nold Larimore
*One of the Attorneys for Defendants*
*Ethicon, Inc. and Johnson & Johnson*

I\15347922.1